THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4477
Facsimile: (213) 894-8601
Email: mark.aveis@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN EDWARDS,<br><br>　　　　Defendant. | No. CR 99-1094-FMC<br>　　　CV 08-4132-FMC<br><br>GOVERNMENT'S RESPONSE TO COURT'S AUGUST 19, 2008 ORDER FOR ADDITIONAL BRIEFING RE DEFENDANT'S § 2255 MOTION<br><br>[No hearing set] |

　　In its August 19, 2008 order, the Court ordered that the government brief defendant's claim that the offenses of which he was convicted occurred in 1989 and 1990, but the statute which provided for the applicable one-year time bar in respect of defendant's motion was not effective until 1996. The issue was framed as implicating the Ex Post Facto Clause.

　　The government respectfully submits that there is no Ex Post Facto issue. The Ex Post Facto Clause forbids Congress to enact any law "which imposes a punishment for an act which was not punishable at the time it was committed; or imposes additional punishment to that then prescribed." Weaver v. Graham, 450 U.S.

24, 28 (1981) (citation omitted, footnote omitted).  The applicable statute, 28 U.S.C. § 2255, in respect of the one-year time bar, does not impose any punishment.

Moreover, it was effective before defendant was charged in 1999.  It is irrelevant that defendant's criminal conduct may have occurred prior to the effective date of the applicable statute because the statute only deals with relief from convictions or sentences once adjudged final, not offense conduct.  See e.g., § 2255(1) ("A 1-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of — (1) the date on which the judgment of conviction becomes final . . .").

Accordingly, it is irrelevant that defendant's offenses for which he was convicted and sentenced after the effective date of the applicable statute may have occurred prior to the date of the statute's enactment (or amendment).

Thus, based on the foregoing and upon the government's motion to dismiss, defendant's motion should be dismissed.

DATED: September 18, 2008      Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

          /S/
MARK AVEIS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I, YOLANDA AGUAYO, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and I am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of United States District Court for the Central District of California, at whose discretion I served a copy of: <u>GOVERNMENT'S RESPONSE TO COURT'S AUGUST 19, 2008 ORDER FOR ADDITIONAL BRIEFING RE DEFENDANT'S § 2255 MOTION</u>

Service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**JOHN EDWARDS**
**P.O. BOX 260464**
**ENCINO, CA 91426**

This Certificate is executed on September 17, 2008, Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ YOLANDA AGUAYO*
YOLANDA AGUAYO